

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00576-CV

**IN RE** Jeanette **MORENO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: April 13, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2021, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency temporary relief that sought a stay of the trial in the underlying cause pending final resolution of the petition for writ of mandamus. On December 22, 2021, this court granted the motion for emergency temporary relief, stayed the trial in this cause, and requested a response from the respondent and real party in interest. No response was filed.

After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on December 22, 2021 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2018-CI-01262, styled *Jeremy Winford and Derek Sanchez v. Jeanette Moreno*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.